No. 03–10490. CRISTON v. UNITED STATES; PERALES v. UNITED STATES; GUERRA v. UNITED STATES; and SALINAS v. UNITED STATES, 542 U. S. 930. Petition for rehearing as to Felix Guerra granted. Order denying petition for writ of certiorari as to Felix Guerra vacated. Motion of petitioner Felix Guerra for leave to proceed *in forma pauperis* granted. Certiorari as to Felix Guerra granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220. Petitions for rehearing as to Jesse Perales, Miguel Salinas, and Gary Criston denied.

No. 04–6588. IN RE BECKLEY. Motion of petitioner for leave to proceed *in forma pauperis* granted. Petition for writ of mandamus denied. Treating the papers submitted as a petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit, certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220.

No. 04–7405. REED v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–59. UNITED STATES v. PENARANDA ET AL. Questions certified by the United States Court of Appeals for the Second Circuit dismissed.